# EXHIBIT B

U.S. Patent No. US9812876B2

Title: Wall socket with load detecting circuit

Accused Instrumentalities: Leviton T5635 series, T5836 series, T5636 series, T5835 series, T5634 series, and T5834 series Power Delivery Wall Outlets

| Claim Language | Accused Instrumentality |
|---|---|
| 1. A wall socket, comprising:<br><br>a socket housing; | The Accused Instrumentality is a wall socket comprising a socket housing.<br><br> |



https://leviton.com/products/t5635-w



| | |
|---|---|
| |  |
| an input terminal, wherein the input terminal of the wall socket is configured to receive an input voltage from a power grid; | The Accused Instrumentality comprises an input terminal configured to receive an input voltage from a power grid. For example, the input terminal is connected to an AC wall outlet, which receives voltage from a power grid. |



| | |
|---|---|
| an output terminal arranged at a side of the socket housing and configured to output a DC output voltage; | The Accused Instrumentality comprises an output terminal arranged at a side of the socket housing and configured to output a DC voltage. For example, the housing comprises USB terminals arranged at a side of socket that are configured to output a dc output voltage. |





| | |
|---|---|
| | 1. The Duplex Dual Type C USB Charger/Tamper Resistant Outlet provides:<br>  - Two USB Type C Power Delivery ports capable of 5VDC, 9VDC, and 15VDC with a combined power output of 30W.<br>    • When a single port is connected to a Power Delivery (PD) capable electronic device, the charger will negotiate up to the highest power at which it is capable of charging, such as 9VDC at 3A (27W) or 15VDC at 2A (30W).<br>    • When a single port is connected to a portable device that is not PD capable, the charger will output for 5VDC @ 3A maximum (15W).<br>    • Once both ports are connected to portable electronic devices, each port will output 5VDC at 3A maximum, regardless of PD capability.<br>  - Two 15A-125VAC or 20A-125VAC outlets.<br>2. The USB ports are used to charge portable electronic devices **ONLY** (**NO** data transfer capability).<br>3. The USB Type C ports are Power Delivery (PD) capable. PD allows increased power levels of charging at 9VDC and 15VDC when any one of the two ports are in use. A PD compatible electronic device can be charged at twice the power (30W) than a non-PD electronic device (15W) over the Type C ports.<br><br>https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/Leviton%20T5635%20T5835%20Instruction%20Sheet%20EnFrSp.pdf |
| a power converting circuit arranged in the socket housing and configured to convert the input voltage to the dc output voltage according to a control signal; and | The Accused Instrumentality comprises a power converting circuit within the socket housing, which converts the input voltage into a DC output voltage based on a control signal. For example, the device utilizes **AC-DC circuitry** and **synchronous buck controller/MOSFET circuitry** that converts the input voltage according to a control signal. |





# InnoSwitch3-CE Family

### Off-Line CV/CC QR Flyback Switcher IC with Integrated Primary Switch, Synchronous Rectification and FluxLink Feedback. For Applications up to 65 W

**Product Highlights**

**Highly Integrated, Compact Footprint**
- Up to 94% efficiency across full load range
- Incorporates a multi-mode Quasi-Resonant (QR) / CCM flyback controller, 650 V Switch, secondary-side sensing and synchronous rectification driver
- Integrated FluxLink™, HIPOT-isolated, feedback link
- Exceptional CV/CC accuracy, independent of external components
- Adjustable accurate output current sense using external sense resistor

**EcoSmart™ – Energy Efficient**
- Less than 30 mW no-load including line sense
- Easily meets all global energy efficiency regulations
- Low heat dissipation

**Advanced Protection / Safety Features**
- Secondary Switch or diode short-circuit protection
- Open SR FET-gate detection
- Fast input line UV/OV protection

**Optional Features**
- Cable-drop compensation with multiple settings
- Variable output voltage, constant current profiles
- Auto-restart or latching fault response for output OVP/UVP
- Multiple output UV fault thresholds
- Latching or hysteretic primary over-temperature protection

**Full Safety and Regulatory Compliance**
- Reinforced isolation
- Isolation voltage >4000 VAC
- 100% production HIPOT testing
- UL1577 isolation voltage 4000 VAC (max), TUV (EN62368-1), CQC (GB4943.1) and DIN VDE V 0884-11 safety approved
- Excellent noise immunity enables designs that achieve class "A" performance criteria for EN61000-4 suite; EN61000-4-2, 4-3 (30 V/m), 4-4, 4-5, 4-6, 4-8 (100 A/m) and 4-9 (1000 A/m)

**Green Package**
- Halogen free and RoHS compliant

**Applications**
- High efficiency flyback designs up to 65 W
- High current charger and adaptors for mobile devices
- Consumer electronics – set-top boxes, networking, gaming, LED

**Description**

The InnoSwitch™3-CE family of ICs dramatically simplifies the design and manufacture of flyback power converters, particularly those requiring high efficiency and/or compact size. The InnoSwitch3-CE family incorporates primary and secondary controllers and safety-rated feedback into a single IC.

InnoSwitch3-CE family devices incorporate multiple protection features including line over and undervoltage protection, output over-voltage and over-current limiting, and over-temperature shutdown. Devices are available that support the common combinations of latching and auto-restart behaviors required by applications such as chargers, adapters, consumer electronics and industrial systems. The devices are available with and without cable-drop compensation.



Figure 1.   Typical Application schematic.

PI-8179-092019



Figure 2.   High Creepage, Safety-Compliant InSOP-24D Package.

**Output Power Table**

| Product [3] | 230 VAC ± 15% | | 85-265 VAC | |
|---|---|---|---|---|
| | Adapter[1] | Open Frame[2] | Adapter[1] | Open Frame[2] |
| **INN3162C** | 10 W | 12 W | 10 W | 10 W |
| **INN3163C** | 12 W | 15 W | 12 W | 12 W |
| **INN3164C** | 20 W | 25 W | 15 W | 20 W |
| **INN3165C** | 25 W | 30 W | 22 W | 25 W |
| **INN3166C** | 35 W | 40 W | 27 W | 36 W |
| **INN3167C** | 45 W | 50 W | 40 W | 45 W |
| **INN3168C** | 55 W | 65 W | 50 W | 55 W |

Table 1.   Output Power Table.
Notes:
1. Minimum continuous power in a typical non-ventilated enclosed typical size adapter measured at 40 °C ambient.  Max output power is dependent on the design, with condition that package temperature must be <125 °C.
2. Minimum peak power capability.
3. Package: InSOP-24D.

[https://www.power.com/sites/default/files/documents/innoswitch3-ce_family_datasheet.pdf](https://www.power.com/sites/default/files/documents/innoswitch3-ce_family_datasheet.pdf)



## PANJIT SEMI CONDUCTOR

### ABS2MS

**Surface Mount Glass Passivated Bridge Rectifier**

| Voltage | 1000 V | Current | 2A |

ABS

**Features**

- Glass passivated chip junction
- Ideally suited for automatic assembly
- High Surge Current Capability
- Designed for Surface Mount Application
- Lead free in compliance with EU RoHS 2.0
- Green molding compound as per IEC 61249 standard

https://www.panjit.com.tw/upload/datasheet/ABS2MS.pdf

| | |
|---|---|
| a load detecting circuit configured to receive an identification signal outputted by an electronic device when the electronic device is connected to the output terminal, and output the control signal according to the identification signal to adjust a voltage level of the dc output voltage of the output terminal, in order to configure the dc output voltage of the output terminal | The Accused Instrumentality comprises a load detecting circuit that receives an identification signal sent by an electronic device that is connected to the USB output terminal. The circuit outputs a control signal according to the identification signal to adjust a voltage level of the dc output voltage of the output terminal in order to configure the output voltage to correspond to the identification signal, which is selected from a plurality of different voltage levels.<br><br> For example, the USB charging IC receives an identification signal and then outputs a control signal according to the identification signal to adjust a voltage level at the output terminal. The voltage level is selected from a plurality of different voltage levels up to 15V. |

| | |
|---|---|
| to be the voltage level corresponding to the identification signal selected from a plurality of different voltage levels; | 1. The Duplex Dual Type C USB Charger/Tamper Resistant Outlet provides:<br>- Two USB Type C Power Delivery ports capable of 5VDC, 9VDC, and 15VDC with a combined power output of 30W.<br>  • When a single port is connected to a Power Delivery (PD) capable electronic device, the charger will negotiate up to the highest power at which it is capable of charging, such as 9VDC at 3A (27W) or 15VDC at 2A (30W).<br>  • When a single port is connected to a portable device that is not PD capable, the charger will output for 5VDC @ 3A maximum (15W).<br>  • Once both ports are connected to portable electronic devices, each port will output 5VDC at 3A maximum, regardless of PD capability.<br>- Two 15A-125VAC or 20A-125VAC outlets.<br>2. The USB ports are used to charge portable electronic devices **ONLY** (**NO** data transfer capability).<br>3. The USB Type C ports are Power Delivery (PD) capable. PD allows increased power levels of charging at 9VDC and 15VDC when any one of the two ports are in use. A PD compatible electronic device can be charged at twice the power (30W) than a non-PD electronic device (15W) over the Type C ports.<br><br>Source:<br>https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/Leviton%20T5635%20T5835%20Instruction%20Sheet%20EnFrSp.pdf |



When a device connects, the Load Detecting Circuit (U2) receives an identification signal via CC lines, then outputs a control signal to the power converting circuit which outputs the selected voltage accordingly (e.g., 5V / 9V / 12V / 15V).

## How it works

- Negotiating power is simple and robust
  - Source sends its capabilities
  - Sink makes a Request
  - Source Accepts and send PS_Ready
- What happens when the Sink needs more power?
  - Sink can indicate that it needs more power (Capability Mismatch)
  - Source can read Sink's capabilities to determine what it needs to function
- Extended capabilities used to exchange additional information between Source and Sink
- Status provides real-time operational information

D2T2-1 - USB Power Delivery.pdf

## 2.8 Charging Models

This section provides a charging model overview for each of the primary power delivery methods: *Fixed Supply*, *Programmable Power Supply* and *Adjustable Voltage Supply*.

### 2.8.1 Fixed Supply Charging Models

USB Power Delivery supports *Fixed Supply* charging using a set of defined standard voltages with current available up to the limit of the *Source*'s and cable's *Advertised Capabilities*. As summarized in *Table 2.1, "Fixed Supply Power Ranges"*, the standard voltages are available in either the *Standard Power Range* (*SPR*) and/or the *Extended Power Range* (*EPR*).

**Table 2.1  Fixed Supply Power Ranges**

| Power Range | Available Current and Voltages | | PDP Range | Notes |
|---|---|---|---|---|
| *Standard Power Range* (*SPR*) | 3A: | 5V, 9V, 15V, 20V | 15 – 60W | |
| | 5A[1]: | 20V | >60 – 100W | |
| *Extended Power Range* (*EPR*) | 3A[2]: | 5V, 9V, 15V, 20V | 15 – 60W | Requires entry into *EPR* Mode. |
| | 5A[2]: | 20V | >60 – 100W | |
| | 5A[2]: | 28V, 36V, 48V | >100 – 240W | |
| 1)   Requires 5A cable. | | | | |
| 2)   Requires *EPR* cable. | | | | |

### 2.8.2 Programmable Power Supply (PPS) Charging Models

USB Power Delivery includes support for *Programmable Power Supply* (*PPS*) charging using a set of defined standard voltage ranges. With current up to the limit of the *Source*'s and cable's *Advertised Capabilities*. Additionally, when operating in *SPR Mode* the current is also limited by the *Operating Current* field value in the *Request* Message.

**Note:**     *PPS* operation is not available in *EPR Mode*.

The standard voltage ranges available in the *Standard Power Range* (*SPR*) for *PPS* are summarized in *Table 2.2, "PPS Voltage Power Ranges"*.

**Table 2.2  PPS Voltage Power Ranges**

| Available Current | Prog | Min Voltage (V) | Max Voltage (V) | PDP Range |
|---|---|---|---|---|
| 3A | 9V Prog | 5 | 11 | 16 – 60W |
| | 15V Prog | 5 | 16 | |
| | 20V Prog | 5 | 21 | |
| 5A[1] | 20V Prog | 5 | 21 | 61 – 100W |
| 1)   Requires 5A cable. | | | | |

https://www.usb.org/document-library/usb-power-delivery





| | |
|---|---|
| wherein the voltage level of the dc output voltage outputted by the same output pin of the output terminal of | The voltage level of the DC output voltage by the same output pin of the output terminal of the wall socket varies according to the identification signal. As one non-limiting example, the terminal outputs a different voltage for one device versus another device. The IC ensures that the voltage level output by the USB port varies according to the device's requirements. |

| the wall socket varies according to the identification signal. | |
|---|---|
| |

1. The Duplex Dual Type C USB Charger/Tamper Resistant Outlet provides:
   - Two USB Type C Power Delivery ports capable of 5VDC, 9VDC, and 15VDC with a combined power output of 30W.
     - When a single port is connected to a Power Delivery (PD) capable electronic device, the charger will negotiate up to the highest power at which it is capable of charging, such as 9VDC at 3A (27W) or 15VDC at 2A (30W).
     - When a single port is connected to a portable device that is not PD capable, the charger will output for 5VDC @ 3A maximum (15W).
     - Once both ports are connected to portable electronic devices, each port will output 5VDC at 3A maximum, regardless of PD capability.
   - Two 15A-125VAC or 20A-125VAC outlets.
2. The USB ports are used to charge portable electronic devices **ONLY** (**NO** data transfer capability).
3. The USB Type C ports are Power Delivery (PD) capable. PD allows increased power levels of charging at 9VDC and 15VDC when any one of the two ports are in use. A PD compatible electronic device can be charged at twice the power (30W) than a non-PD electronic device (15W) over the Type C ports.

Source:

https://leviton.com/content/dam/leviton/residential/product_documents/instruction_sheet/Leviton%20T5635%20T5835%20Instruction%20Sheet%20EnFrSp.pdf

- USB Type-C® ports with Power Delivery designed to deliver up to 30W for devices with Power Delivery
- Available charging profiles: 15V @ 2A, 9V @ 3A, or 5V @ 3A
- Charges most USB powered devices with or without Power Delivery
- Compatible with USB 3.1, 3.0, 2.0, and 1.1 devices
- USB Type-C® Ports allow charging cables to be inserted in either direction
- Designed to prevent overcharging/overheating |

## 2.8 Charging Models

This section provides a charging model overview for each of the primary power delivery methods: *Fixed Supply*, *Programmable Power Supply* and *Adjustable Voltage Supply*.

### 2.8.1 Fixed Supply Charging Models

USB Power Delivery supports *Fixed Supply* charging using a set of defined standard voltages with current available up to the limit of the *Source's* and cable's *Advertised Capabilities*. As summarized in *Table 2.1, "Fixed Supply Power Ranges"*, the standard voltages are available in either the *Standard Power Range* (SPR) and/or the *Extended Power Range* (EPR).

**Table 2.1 Fixed Supply Power Ranges**

| Power Range | Available Current and Voltages | | PDP Range | Notes |
|---|---|---|---|---|
| *Standard Power Range* (SPR) | 3A: | 5V, 9V, 15V, 20V | 15 – 60W | |
| | 5A[1]: | 20V | >60 – 100W | |
| *Extended Power Range* (EPR) | 3A[2]: | 5V, 9V, 15V, 20V | 15 – 60W | Requires entry into *EPR Mode*. |
| | 5A[2]: | 20V | >60 – 100W | |
| | 5A[2]: | 28V, 36V, 48V | >100 – 240W | |
| 1) Requires 5A cable. | | | | |
| 2) Requires *EPR* cable. | | | | |

### 2.8.2 Programmable Power Supply (PPS) Charging Models

USB Power Delivery includes support for *Programmable Power Supply* (PPS) charging using a set of defined standard voltage ranges. With current up to the limit of the *Source's* and cable's *Advertised Capabilities*. Additionally, when operating in *SPR Mode* the current is also limited by the *Operating Current* field value in the *Request Message*.

**Note:** PPS operation is not available in *EPR Mode*.

The standard voltage ranges available in the *Standard Power Range* (SPR) for *PPS* are summarized in *Table 2.2, "PPS Voltage Power Ranges"*.

**Table 2.2 PPS Voltage Power Ranges**

| Available Current | Prog | Min Voltage (V) | Max Voltage (V) | PDP Range |
|---|---|---|---|---|
| 3A | 9V Prog | 5 | 11 | 16 – 60W |
| | 15V Prog | 5 | 16 | |
| | 20V Prog | 5 | 21 | |
| 5A[1] | 20V Prog | 5 | 21 | 61 – 100W |
| 1) Requires 5A cable. | | | | |

https://www.usb.org/document-library/usb-power-delivery

